UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GERMAN PONCE ZAVALA, | § § § § | |
| *Petitioner*, | § | |
| VS. | § § | CIVIL ACTION NO. SA-26-CV-2935-FB |
| MARKWAYNE MULLINS, Secretary of Homeland Security; TODD BLANCHE, U.S. Attorney General; TODD M.LYONS, Acting Director of Immigration and Custom Enforcement; and WARDEN of South Texas ICE ICE Processing Center, | § § § § § § § | |
| *Respondents.* | § § | |

### *ORDER OF DISMISSAL WITHOUT PREJUDICE AND JUDGMENT*

Before the Court is Petitioner's Notice of Voluntary Dismissal Without Prejudice filed on May 6, 2026 (ECF No. 2). Petitioner advises Respondent has not filed an answer or motion for summary judgment and therefore he is entitled to dismiss this action without a court order.

Rule 41(a)(1)(A)(i) allows a plaintiff to "dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Here, as stated by the Petitioner, the record reflects no answer or motion for summary judgment has been filed. Therefore, as requested, the Court finds the case should be dismissed without prejudice to the refiling of the same

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that pursuant to Petitioner's Notice of Voluntary Dismissal Without Prejudice (ECF No. 2), this case is DISMISSED WITHOUT PREJUDICE to refiling. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 9th day of May, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE